# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141960 & (42)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                             SC: 141960
                                             COA: 290852
                                             Eaton CC: 08-020233-FC

BARAKA AMIRA NORWOOD,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 6, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

Clerk